UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                               Case No. 13-20764

v.

                                               Paul D. Borman
                                               United States District Judge

MARVIN NICHOLSON, ET AL.,

    Defendants.
_____/

ORDER RESOLVING DEFENDANTS NICHOLSON, JOHNSON, SORRELL, BROWN, JACKSON, SCHAMANTE, AND DAVIS'S RENEWED RULE 29 MOTIONS

For the reasons stated upon the record on March 4, 2015, the Court DENIED the renewed Motions for Judgments of Acquittal pursuant to Rule 29 as to Defendants Marvin Nicholson, Antonio Johnson, Bryan Sorrell, Sherman Brown, Brian Jackson, Matthew Schamante, and Charles Davis.

                                               _____
                                               PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

Dated:   MAR 0 5 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON _March 5_, 20 _15_
_____
DEPUTY COURT CLERK