UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                      Case No. 13-20764

v.

                                      Paul D. Borman
                                      United States District Judge

MARVIN NICHOLSON, ET AL.,

    Defendants.

_____/

## ORDER RESOLVING DEFENDANTS NICHOLSON, JOHNSON, SORRELL, BROWN, JACKSON, SCHAMANTE, AND DAVIS'S RULE 29 MOTIONS

For the reasons stated upon the record on March 3, 2015, the Court DENIED the Motions for Judgments of Acquittal pursuant to Rule 29 as to Defendants Marvin Nicholson, Antonio Johnson, Bryan Sorrell, Sherman Brown, Brian Jackson, Matthew Schamante, and Charles Davis.

                                                  PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: MAR 0 5 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON March 5, 2015

DEPUTY COURT CLERK