UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                    Case No. 13-20764

                                    Paul D. Borman
MARVIN NICHOLSON, ET AL.,                United States District Judge

    Defendants.
_____/

### ORDER RESOLVING DEFENDANTS NICHOLSON, JOHNSON, SORRELL, BROWN, JACKSON, SCHAMANTE, AND DAVIS'S RULE 29 MOTIONS

For the reasons stated upon the record on March 3, 2015, the Court DENIED the Motions for Judgments of Acquittal pursuant to Rule 29 as to Defendants Marvin Nicholson, Antonio Johnson, Bryan Sorrell, Sherman Brown, Brian Jackson, Matthew Schamante, and Charles Davis.

/s/ Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: MAR 0 5 2015

PURSUANT TO RULE 77 (d), FED. R. CIV. P.
COPIES MAILED TO ATTORNEYS FOR ALL
PARTIES ON March 5, 2015
_____
DEPUTY COURT CLERK