UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES,

       Plaintiff,

v.

MARVIN NICHOLSON,

       Defendant.
_____/

Case No. 13-cr-20764-1
United States District Judge
Paul D. Borman

**ORDER:**

**(1)   ADOPTING MAGISTRATE JUDGE DAVID GRAND'S "REPORT AND RECOMMENDATION TO DENY PETITIONER'S MOTION UNDER § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE" (ECF NO. 905)**

**(2)   DENYING DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE AND CONVICTION PURSUANT TO 28 U.S.C. § 2255 (ECF NO. 780)**

The Court has read Magistrate Judge Grand's comprehensive Report and Recommendation (R&R) (ECF No. 905), and Defendant Nicholson's "Reply to Report and Recommendation to Deny Petitioner's Motion Under § 2255 to Vacate and Set Aside, or Correct Sentence (ECF Nos. 785, 835)" (ECF No. 938), and Denying Certificate of Appealability.

1

The Court adopts Magistrate Judge Grand's comprehensive R&R, DENIES Defendant's Motion Pursuant to 28 U.S.C. § 2255, and DENIES a Certificate of Appealability.

SO ORDERED.

DATED:  November 1, 2021          s/Paul D. Borman
                                                      PAUL D. BORMAN
                                                      UNITED STATES DISTRICT JUDGE